UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR., <br> Petitioner, <br> v. <br> Warden, <br> Respondent. | NO. CV 18-10350 RGK (FFM) <br><br> JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: January 10, 2019

R. GARY KLAUSNER
United States District Judge